IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SAM BRADY
#256506                                                                                          PLAINTIFF

VS.                                    4:22-CV-00830-BRW

DOES                                                                                             DEFENDANTS

## JUDGMENT

Based on the dispositive Order entered today, Plaintiff's claims are dismissed.  I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO AJUDGED this 30th day of November 2022.


                                                                    BILLY ROY WILSON
                                                              UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1